**IN THE UNITED STATES DISTRICT COURT**
**FOR DISTRICT OF COLORADO**

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
SEP 20 2022
JEFFREY P. COLWELL
CLERK

Civil Action No.

TASH JERNAZIAN,

Plaintiff,

v.

MIAMI-DADE COUNTY VICTIMS ASSISTANCE,

Defendants.

**A. PARTIES**

TASH JERNAZIAN
3610 NE 1ST AVENUE, UNIT #C
MIAMI, FL 33137-3602

MIAMI-DADE COUNTY VICTIMS ASSISTANCE
7831 NORTHEAST MIAMI COURT
MIAMI, FL 33138

**COMPLAINT**

**B. CLAIM ONE**

Plaintiff claims, MIAMI-DADE COUNTY VICTIMS ASSISTANCE, caused them domestic violence. Plaintiff claims the actions and/or in-actions of defendant party were acts of negligence.

## C. ADDITIONAL CLAIMS

Additional parties and additional claims may be added to this lawsuit as addendum.

## D. REQUEST FOR RELIEF

Plaintiff requests a trial by jury. Plaintiff reserves right to bench trial to judge. Plaintiff is requesting a $105,000 US dollars.

## E. PLAINTIFF'S SIGNATURE

(Plaintiff signature)

August 12, 2022
(Date)




Tash Jernazian
3610 NE 1st Ave., Unit #
Miami, FL 33137

U.S. District Court for Colorado
901 19th Street
Denver, CO 80294