IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02441-GPG

TASH JERNAZIAN,

    Plaintiff,

v.

MIAMI-DADE COUNTY VICTIMS ASSISTANCE

    Defendant.

## ORDER OF DISMISSAL

Plaintiff, Tash Jernazian, resides in Miami, Florida. On September 20, 2022, Plaintiff submitted *pro se* a Complaint (ECF No. 1) and an Application to Proceed Without Prepaying Fees or Costs (Long Form) (ECF No. 3).

On September 21, 2022, Magistrate Judge Gordon P. Gallagher ordered Plaintiff to cure certain designated deficiencies. (ECF No. 4). Specifically, Plaintiff was ordered to file the complaint on the court-approved complaint form and to either pay the $402.00 filing fee or provide timely and accurate information in the motion to proceed *in forma pauperis*. (*Id.*). Plaintiff was warned that the action would be dismissed without further notice if Plaintiff failed to cure the deficiencies as directed within the time allowed. (*Id.*)

Plaintiff has failed to cure the deficiencies as directed within the time allowed and Plaintiff has not communicated with the Court in any way since the September 21

1

Order. Therefore, the action will be dismissed for failure to cure deficiencies and failure to prosecute.

Furthermore, the Court certifies pursuant to § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status will be denied for the purpose of appeal. *See Coppedge v. United States*, 369 U.S. 438 (1962). If Plaintiff files a notice of appeal he also must pay the full $505.00 appellate filing fee or file a motion to proceed *in forma pauperis* in the United States Court of Appeals for the Tenth Circuit within thirty days in accordance with Fed. R. App. P. 24.

Accordingly, it is

ORDERED that the Complaint (ECF No. 1) and the action are dismissed without prejudice because Plaintiff failed to cure deficiencies within the time allowed and failed to prosecute. It is

FURTHER ORDERED that leave to proceed *in forma pauperis* on appeal is denied without prejudice to the filing of a motion seeking leave to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this  3rd  day of    November   , 2022.

BY THE COURT:

　　s/Lewis T. Babcock　　　　
LEWIS T. BABCOCK, Senior Judge
United States District Court