IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 22-cv-02441-LTB

TASH JERNAZIAN,

    Plaintiff,

v.

MIAMI-DADE COUNTY VICTIMS ASSISTANCE

    Defendant.

## JUDGMENT

Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on November 3, 2022, it is hereby

ORDERED that Judgment is entered in favor of Defendant and against Plaintiff.

DATED at Denver, Colorado, this 3 day of November, 2022.

                FOR THE COURT,

                JEFFREY P. COLWELL, Clerk

                By: s/ S. Dunbar
                Deputy Clerk